FILED

03/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0294

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0294

_____

CREATIVE GAMES STUDIO LLC and
RICARDO BACH CATER,

      Plaintiffs and Appellants,

    v.

DANIEL ALVES,

      Defendant and Appellee.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jessica T. Fehr, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 13 2024